# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 9, 2007

Clifford W. Taylor,
Chief Justice

133199 & (62)(63)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

HEALTHSOURCE,
      Plaintiff-Appellee,

v

                                        SC: 133199
                                        COA: 270482
                                        Wayne CC: 05-531775-CZ

URBAN HOSPITAL CARE PLUS,
      Defendant-Appellant.

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the December 14, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay of proceedings is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 9, 2007

Clerk

d0306